UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **VINCENT YOUTE** | : | **DOCKET NO. 2:09-cv-301** <br> **SECTION P** |
| **VS.** | : | **JUDGE MINALDI** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## **ORDER**

Vincent Youte filed a *habeas corpus* petition in the above-captioned matter on February 23, 2009. Doc. 1. On June 25, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Youte was released from institutional detention pursuant to an order of supervision pending removal on June 15, 2009. Doc. 12.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Youte shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 1st day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE